Dale R. Cockrell
MOORE, COCKRELL,
GOICOECHEA & JOHNSON, P.C.
P.O. Box 7370
Kalispell, MT 59904-0370
Telephone: (406) 751-6000
Facsimile:  (406) 756-6522
dcockrell@mcgalaw.com
*Attorney for Defendant Allstate Fire
  and Casualty Insurance Company*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| CONNIE E. EATON and MICHAEL EATON,<br><br>Plaintiffs,<br><br>vs.<br><br>ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY, and JOHN DOES I through III,<br><br>Defendants. | Cause No. CV-17-00168-DLC-RWA<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE |

IT IS HEREBY STIPULATED, by and between the parties hereto, through their respective counsel of record, pursuant to Rule 41, Federal Rules of Civil Procedure, that Plaintiffs' claims against Defendant Allstate Fire and Casualty Insurance Company and John Does I-III in the above-captioned action have been fully and finally compromised and settled on the merits, and counsel request the Court's Order dismissing the above-captioned action with prejudice.

A proposed Order for Dismissal with Prejudice is attached for the Court's consideration.

DATED this 19th day of June, 2018

                MOORE, COCKRELL,
                GOICOECHEA & JOHNSON, P.C.

                /s Dale R. Cockrell
                Dale R. Cockrell
                P.O. Box 7370
                Kalispell, MT 59904-0370
                *Attorney for Defendant Allstate Fire*
                *and Casualty Insurance Company*

                BEST & WESTOVER LAW OFFICE

                /s Darin K. Westover
                Darin K. Westover
                35 8th St. East
                P.O. Box 278
                Kalispell, MT  59903-0278
                Email:  darin@bestandwestoverlaw.com
                *Attorneys for Plaintiffs*