IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| CONNIE E. EATON and MICHAEL EATON,<br><br>    Plaintiffs,<br><br>v.<br><br>ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY, and JOHN DOES I through III,<br><br>    Defendant. | Cause No. CV **17-00168-DLC-RWA**<br><br><br>ORDER |

  Pursuant to written stipulation by and between the parties hereto, through their respective counsel of record, pursuant to Rule 41, Federal Rules of Civil Procedure, that Plaintiffs' claims against Defendants Allstate Fire and Casualty Insurance Company and Does I-V have been fully and finally compromised and settled on the merits and shall be dismissed with prejudice,

  IT IS HEREBY ORDERED that the above-captioned action is dismissed with prejudice with each party to pay their respective costs and fees of any kind or nature.

  Done and dated in Butte this 19th day of June, 2018.


             /s/ Richard W. Anderson
             RICHARD W. ANDERSON
             UNITED STATES MAGISTRATE JUDGE